Mark W. Lapham, Esq. (SBN 146352)
LAW OFFICES OF MARK W. LAPHAM
751 Diablo Rd.
Danville, CA 94526
TEL: (925) 837-9007
FAX: (925) 406-1616

Attorneys for Plaintiff
JASON CHAN LEE

## IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CHAN LEE, | Case No. 5:15-cv-05215-RMW |
| Plaintiff, | **MODIFIED ORDER RE STIPULATION FOR A 90-DAY STAY, AND TO VACATE AND RESET MTC FINANCIAL, INC. dba TRUSTEE CORPS' MOTION TO DISMISS HEARING TO A DATE AFTER THE STAY** |
| vs. | |
| JPMORGAN CHASE BANK, N.A., MTC FINANCIAL, INC. dba TRUSTEE CORPS and DOES 1-10. | |
| Defendant(s). | |

WHEREAS, on January 29, 2016, Defendant MTC FINANCIAL INC. dba TRUSTEE CORPS ("Trustee Corps") filed a Motion to Dismiss Complaint with a scheduled hearing of March 4, 2016 at 09:00 a.m.;

WHEREAS, on February 2, 2016, Plaintiff and Defendant JP Morgan Chase N.A. filed a stipulation to a 90-day stay of the case and continuing any current deadlines pending the parties' potential settlement of the matter;

WHEREAS, Plaintiff and Trustee Corps also agree to a 90-day stay of the case and continuing any current deadlines pending the parties' potential settlement of the matter, including continuing the initial case management conference currently scheduled for February 19, 2016 and resetting the Motion to Dismiss hearing scheduled for March 4, 2016 at 9:00 a.m. to a date after the 90-day stay;

NOW THEREFORE, Plaintiff and Defendant Trustee Corps HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.      The case against Trustee Corps shall be stayed for 90-days pending the parties' potential settlement of the matter.

2.      Trustee Corps' Motion to Dismiss hearing scheduled for March 4, 2016 at 9:00 a.m. shall be vacated and reset to a date after the 90-day stay, and all briefing deadlines shall be continued based on the new hearing date.

3.      All other events and deadlines fixed by Court order, including the initial case management conference currently scheduled for February 19, 2016, shall be continued for 90 days.

IT IS SO STIPULATED.

DATED: February 10, 2016

BURKE, WILLIAMS & SORENSEN, LLP   |
Martin Kosla

By:/s/  Martin Kosla
            Martin Kosla
Attorneys for Defendant
MTC FINANCIAL, INC. dba TRUSTEE
CORPS

LAW OFFICES OF MARK W. LAPHAM
Mark W. Lapham

By: /s/ Mark W. Lapham
            Mark W. Lapham
Attorneys for Plaintiff
   JASON CHAN LEE

## CERTIFICATION OF CONCURRENCE

Pursuant to L.R. 5-1, I hereby attest that Martin Kosla, Esq, counsel for Defendant

MTC FINANCIAL, INC. dba TRUSTEE CORPS, has provided his concurrence in the electronic

filing of the foregoing document entitled STIPULATION FOR A 90-DAY STAY AND TO

TAKE MTC FINANCIAL, INC. dba TRUSTEE CORPS' MOTION TO DISMISS HEARING

OFF CALENDAR.

/s/ Mark W. Lapham
            Mark W. Lapham

1

<u>ORDER</u>

2

It is hereby ordered that the Case Management Conference set for February 19, 2016 is

3

hereby continued to May 20, 2016 at 10:30 a.m.  A Joint Case Management Conference Statement

4

shall be due May 10, 2016. Defendant MTC FINANCIAL, INC. dba TRUSTEE CORPS ("Trustee

5

Corps") Motion to Dismiss Complaint calendared for March 4, 2016 at 9:00 a.m. is VACATED.

6

Trustee Corps shall RE-NOTICE the Motion to Dismiss for a date after the 90-day stay and all

7

briefing deadlines shall be continued based on the new hearing date.

8

It is so ordered.

9

 Date: 2/10/2016

10

*Ronald M. Whyte*

11

Hon. Ronald M. Whyte
U.S. District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MODIFIED ORDER RE STIPULATION TO STAY CASE**