≋AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  Northern  | **District of** |  California  |

JASON CHAN LEE,
                    Plaintiff (s),

V.

JPMorgan Chase Bank, N.A. et a
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-cv-05215-HRL

Notice is hereby given that, subject to approval by the court, __JASON CHAN LEE__ substitutes
                                                       (Party (s) Name)

__Charles T. Marshall__, State Bar No. __176091__ as counsel of record in
(Name of New Attorney)

place of __Mark W. Lapham__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     LAW OFFICES OF CHARLES T. MARSHALL
    Address:     415 Laurel St., #405, San Diego, CA 92101
    Telephone:     (619) 807-2628     Facsimile     (866) 575-7413
    E-Mail (Optional):     cmarshall@marshallestatelaw.com

I consent to the above substitution.
Date:     3/14/2016
                                                   /s/ Jason Chan Lee
                                                   (Signature of Party (s))

I consent to being substituted.
Date:     3/14/2016
                                                   /s/ Mark W. Lapham
                                                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     3/14/2016
                                                   /s/ Charles T. Marshall
                                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     3/24/2016                                                  *Ronald M. Whyte*
                                                                          Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**