UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CHAN LEE,<br><br>        Plaintiff,<br><br>  v.<br><br>MTC FINANCIAL, et al.,<br><br>        Defendants. | Case No. 15-cv-05215-RMW<br><br>**ORDER RE STIPULATION FOR A 60-DAY STAY, AND TO VACATE AND RESET MTC FINANCIAL, INC. dba TRUSTEE CORPS' MOTION TO DISMISS HEARING TO A DATE AFTER THE STAY AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 22 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the Order and Stipulation of the parties for a 60-Day Stay of the case [Dkt. No. 30] and Order and Stipulation for a 60-Day Continuance of MTC Financial's Motion to Dismiss Hearing [Dkt. No. 31], the hearing on Defendant MTC Financial, Inc. dba Trustee Corps' Motion to Dismiss [Dkt. No. 22], which was previously calendared for May 20, 2016, at 9:00 a.m., will now be heard on August 5, 2016, at 9:00 a.m., in Courtroom 6, 4th Floor, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113. The briefing schedule shall be consistent with the new hearing date of August 5, 2016. A Joint Case Management Statement shall be due July 26, 2016. An initial case management conference shall be held on August 5, 2016 at 10:30 a.m. in Courtroom 6, 4th Floor, San Jose, before Hon. Ronald M. Whyte.

The May 20, 2016 date for motion hearing and initial case management conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: 5/4/2016

_____
RONALD M. WHYTE
United States District Judge