UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON CHAN LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>MTC FINANCIAL, et al.,<br><br>    Defendants. | Case No. 15-cv-05215-RMW<br><br>**ORDER RE REQUEST FOR STAY**<br><br>Re: Dkt. No. 33 |

Plaintiff's counsel of record, Advantis Law Group, has been placed in receivership. *See FTC v. Kutzner*, No. 8:16-cv-00999-BRO-AFM (C.D. Cal.) at Dkt. No. 52. On June 17, 2016, the receiver filed notice with this court and requested a 90-day stay for plaintiff to secure new counsel in this case. Dkt. No. 33. No response to the request has been filed. The court hereby stays the action and vacates all hearings and deadlines. Plaintiff is ordered to file a status report in this case by September 26, 2016.

**IT IS SO ORDERED.**

Dated: June 28, 2016

                                                                           _____
Ronald M. Whyte
United States District Judge