**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CHAN LEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A., MTC FINANCIAL, INC., dba Trustee Corps, and DOES 1–10,<br><br>　　　　　Defendants.<br>　／ | No. C 15-05215 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order dismissing the action for failure to prosecute, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants JPMorgan Chase Bank, N.A., and MTC Financial, Inc., and against plaintiff Jason Chan Lee. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 14, 2016.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE